19 So.2d 780

## WILSON v. STATE.

4 Div. 343.

Supreme Court of Alabama.

Oct. 19, 1944.

J. N. Mullins, Jr., and J. N. Mullins, both of Dothan, and Theodore R. Ward, of Abbeville, for the petition.

Wm. N. McQueen, Acting Atty. Gen., and Forman Smith, Asst. Atty. Gen., opposed.

**130**

FOSTER, Justice.

Petition of Lloyd Wilson for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Wilson v. State, 31 Ala.App. 560, 19 So.2d 777.

Reversed on authority of the dissenting opinion of Judge Simpson as a member of the Court of Appeals. Wilson v. State, 31 Ala.App. 560, 19 So.2d 777.

BROWN, LIVINGSTON, and STAKELY, JJ., concur.

GARDNER, C. J., and THOMAS J., dissent.